IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RYAN TODD LE BOSS,**

  *Petitioner*,

v.           Case No.: **1:24cv98-MW/MAF**

**RICK D. DIXON, Secretary,**
**Florida Department of Corrections,**

  *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

  This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 13, and has also reviewed *de novo* Petitioner's objections, ECF No. 16. In his objections, Petitioner continues to argue that he has satisfied his burden to demonstrate that he is entitled to equitable tolling because the delay in his learning about the outcome of his direct appeal caused him to file an untimely petition. But Petitioner learned of the outcome of his direct appeal several months *before* his deadline to file his petition. Equitable tolling does not apply when the purported delay has not prevented you from filing before the deadline. Here, Petitioner still had several months to file a timely petition after learning about the outcome of his appeal, but he inexplicably failed to file a timely petition.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 13, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. Respondent's motion to dismiss, ECF No. 9, is **GRANTED**. The Clerk shall enter judgment stating, "The § 2254 petition, ECF No. 1, is **DISMISSED** as untimely." A certificate of appealability is **DENIED**. In addition, leave to appeal *in forma pauperis* is **DENIED**. The Clerk shall close the file.

**SO ORDERED on February 20, 2025.**

s/Mark E. Walker
**Chief United States District Judge**